JOHN M. EASTERLY, Plaintiff, *v.* WILLIAM C. BARBER, Defendant.

Motion for new trial by both parties, on exceptions ordered to be heard at the General Term in the first instance. The case on a former appeal will be found reported in 3 New York Supreme Court Reports, 421. The only question arising upon the new trial, not already passed upon by the General Term on the former appeal, was as to the effect of a note's being renewed to replace paper on which all the parties to the new note were liable upon an agreement made when the original paper was made, that the several parties were to be liable, as between themselves, as co-sureties. The judge refused to charge that the giving of the new note did away with the agreement made as to the obligations of the parties on the original note, and the General Term sustained the ruling, holding that in the absence of any new arrangement, the inference would be that the renewed paper was indorsed upon the basis of the original arrangement.

*E. H. Avery,* for the plaintiff.

*Francis Kernan,* for the defendant.

Opinion by Morgan, J.

Present — Mullin, P. J., Smith and Morgan, JJ.

Motion for new trial denied.